**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CRIMINAL HEARING MINUTES**

Date: 5/16/24   Case #: 3:24CR108 (SRU)   Dft #: 1

Honorable Judge: T. O. Farrish
Deputy Clerk: R. K. Wood

**UNITED STATES OF AMERICA**

Vs.

KONSTANTINOS DIAMANTIS

AUSA: J. Francis, D. Novick
Counsel for Defendant: V. Provenzano
☒ Retained   ☐ CJA   ☐ FPD

Start Time: 2:35 p.m.   End Time: 3:01 p.m.
USPO: C. Brennan
Recess (if more than ½ hr) _____ to _____
Reporter/ECRO/FTR: Court Smart
Interpreter: _____   Language: _____
Total Time: ___ hours  26 minutes
Hearing held ☒ in person ☐ by video ☐ by telephone

**HEARING AND TIME**

| ☒ Initial Appearance 8m | ☐ Initial Appear. Rule 5 ___ | ☐ Detention ___ | ☒ Arraignment 5m |
|---|---|---|---|
| ☐ Motion ___ | ☒ Bond 13m | ☐ Waiver/Plea ___ | ☐ Probable Cause ___ |
| ☐ Change of Plea ___ | ☐ Conflict ___ | ☐ Evidentiary ___ | ☐ Extradition ___ |
| ☐ Status Conference ___ | ☐ Competency ___ | ☐ In Camera ___ | ☐ Frye ___ |

☒ Arrest or ☐ Self surrender   Date: 5/16/24
☐ Case Unsealed
☐ Deft failed to appear
☐ CJA23 financial affidavit filed under seal
☒ Oral Brady Order entered and paper to issue

☐ Rule 5 charging district _____
☐ Order appointing FPD
☐ Order appointing Attorney _____
☐ Set ATTY flag and notify grievance clerk
☐ Defendant waives right to proceed in-person

**FILED IN COURT**

| ☐ Complaint with affidavit | ☐ Sealed Complaint with affidavit | ☐ Waiver of Indictment (case opening) |
|---|---|---|
| ☐ Felony Information | ☐ Misdemeanor Information | ☐ Waiver of Indictment (mid-case) |
| ☐ Superseding Information | ☐ Substitute Information | ☐ Sealed Information |

**PLEA**

Plea entered of ☒ NOT guilty ☐ guilty ☐ nolo contendere;   As to counts: 1 thru 22, indictment
Plea agreement letter ☐ filed ☐ under seal ☐ to be filed
☐ Petition to enter guilty plea filed

**SENTENCING**

☐ Sentencing set for _____ at _____
☐ Probation 246B Order for PSI & Report filed
☐ Special Assessment of $_____ on count(s) _____. Total of $_____ ☐ due now ☐ due at sentencing

Rev. 12-9-21   Page **1** of **2**

**ORDERS**
☐ Waiver of Rule 5 hearing filed
☐ Defendant motions due_____, Govt. responses due _____
☐ Scheduling Order filed ☐ to be filed; ☐Sentencing scheduling order filed
☐ Hearing on pending motions scheduled for _____ at _____
■ Jury Selection set for July 23, 2024 at 9:00 a.m. before Judge Underhill
☐ Defendant's motion for waiver of 10-day notice filed; ☐ Granted ☐Denied ☐Advisement
_____ hearing set for _____ ; continued until_____

**DETENTION**
☐ Govt's motion for pretrial detention filed ☐ Granted ☐Denied ☐Advisement
☐ Order of detention filed
■ Bond set at $ 500,000.00 ☐ reduced to $_____ ; ☐Non-surety ■Surety ☐Personal recognizance
☐ Bond ☐revoked ☐reinstated ☐continued ☐modified
☐ No bond set at this time
☐ Order of temporary detention pending hearing filed
☐ Defendant detained
☐ Defendant ordered removed/committed to originating/other District of _____

**CONDITIONS OF BOND**
☐ Connecticut restricted travel extended to_____ upon obtaining permission from the USPO. A motion for any other travel with copies to the government and USPO must be filed and approved by the Court.
☐ Defendant must reside at _____.
☐ Defendant must report to USPO ____times a ☐week ☐month; ☐by telephone ☐in person ☐ at USPO discretion
☐ Defendant must surrender passport to the USPO ☐ must not apply for passport
☐ Defendant must refrain from possessing firearms or dangerous weapons
☐ Defendant must refrain from use or unlawful possession, or distribution of narcotic drug
☐ Defendant must maintain employment or actively seek employment
■ As set forth in the Order Setting Conditions of Release
☐ Other _____
_____

**MOTIONS**
☐ Motion for _____ filed by☐ USA ☐defendant, ☐granted ☐denied ☐advisement
☐ Motion for _____ filed by☐ USA ☐defendant, ☐granted ☐denied ☐advisement
☐ Motion for _____ filed by☐ USA ☐defendant, ☐granted ☐denied ☐advisement
☐ Motion for _____ filed by☐ USA ☐defendant, ☐granted ☐denied ☐advisement

**NOTES**
Judge Farrish advised the deft of his rights. _____
_____
_____