# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF<br><br>VS.<br><br>KONSTANTINOS DIAMANTIS, AKA "KOSTA"<br>DEFENDANT | )<br>)<br>)<br>)<br>)<br>)<br>) | CRIMINAL NO.<br><br>3:24-CR-00108 (SRO) (RAR)<br><br><br><br>JULY 5, 2024 |

## MOTION FOR PERMISSION TO TRAVEL TO GREECE

The defendant, KONSTANTINOS DIAMANTIS, respectfully requests the permission of the Court to accompany his family on a long-planned trip to their ancestral homeland in Greece.

Long before the indictment issued in the case in May, and years after the highly publicized investigation of Mr. Diamantis began to be reported in the local media, Mr. Diamantis, 68, four his daughters, three of his grandchildren, his son in-law's widowed mother, and related family members purchased tickets to travel to Greece together from July 28th, 2024 to August 24th, 2024. The flights depart and return at Logan Airport in Boston. It will be a homecoming of sorts for the extended group as the trip is focused on the village from which Mr. Diamantis' ancestors were born and raised. Nonrefundable tickets were purchased for the trip in January and

February of this year. Mr. Diamantis is expected to serve largely as a guide on the trip and the trip will likely be cancelled for all involved if he is unable to participate.

The undersigned has shared some of the travel documents with the Government and explained the nature of the trip to the Government. On July 3, the undersigned received notice that the Government opposes permission to travel.

Mr. Diamantis has known for years that the Government was investigating him and has had ample opportunity to flee if that was his intention. He is eager to defend the case on the merits. Indeed, he initially retained the undersigned to represent him early during the investigation. When the proceedings dragged on for years, he discharged the undersigned, only to retain the undersigned again when charges were finally lodged. In the course of the undersigned's representation of Mr. Diamantis, there has never been difficulty communicating with the client, or finding him to discuss any number of matters.

Mr. Diamantis is not a flight risk. He will be traveling with his family. Although charged with serious offenses, he remains presumed innocent.

The undersigned respectfully requests that Mr. Diamantis be given permission to travel despite the objection of the United Stated Government.

DEFENDANT,
KONSTANTINOS DIAMANTIS, AKA "KOSTA"

**By: /s/ Norman A. Pattis, Esq.**
Norman A. Pattis, Esq.
PATTIS & PAZ, LLC
383 Orange St., 1st Floor
New Haven, CT 06511
Tel: 203-393-3017
Fax: 203-393-9745
Email: npattis@pattispazlaw.com
Federal Bar No.: ct13120

**CERTIFICATION**

I hereby certify that on July 5, 2024, a copy of the foregoing was filed electronically. Notice of this filing was sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**/s/ Norman A. Pattis, Esq.**