**U.S. DISTRICT COURT, DISTRICT OF CONNECTICUT**

**SENTENCING HEARING MINUTES**

Date: September 17, 2026

Case #: 3:24-cr-00108-SRU Dft #: 1

Honorable Judge Stefan R. Underhill

Deputy Clerk: J. Reis

AUSA: Jonathan N. Francis & David E. Novick

Counsel for Defendant: Norman A. Pattis

☐ Retained ■ CJA ☐ FPD

USPO: Winter Pascual

Reporter/Courtsmart: Melissa Cianciullo

Interpreter: NA Language: NA

**UNITED STATES OF AMERICA**

v.

KONSTANTINOS DIAMANTIS

Start Time: 10:03 AM End Time: 10:34 AM

Recess (if more than ½ hr): ________ to __________

Total Time: ______ hour(s) 31 minute(s)

---

■ Sentencing ■ attempted but not held ■ continued until 9/30/2026 at 10:00 AM

☐ Motion Hearing held __________(time) ■ defendant failed to appear ■ bench warrant to issue

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

☐ Court departs ☐ upward from guidelines ☐ downward from guidelines

☐ To time served ☐ on Count(s) ________________________ of the ☐ Superseding ☐ Indictment ☐ Information

☐ To _____ month(s) ______ year(s) imprisonment ☐ as to a lesser included offense ☐ on Count(s) _______________ of the ☐ Superseding ☐ Indictment ☐ Information

☐ To _____ month(s) ______ years(s) imprisonment ☐ as to a lesser included offense ☐ on Count(s) _____________ of the ☐ Superseding ☐ Indictment ☐ Information

☐ Sentence on Count(s) __________ shall run ☐ concurrently ☐ consecutively to:

☐ sentence imposed on Count(s) _________ ☐ state sentence

☐ Defendant shall get credit for time served

☐ Court recommends incarceration at ______________________________________________

☐ Court recommends participation in the 500-hour drug rehabilitation treatment program (RDAP)

☐ Defendant ordered to self-surrender on ______________ by __________ to the designated facility or USMS office.

☐ Bond ☐ continued ☐ set at $________________

☐ Defendant remanded to the custody of the US Marshal

☐ Upon release the dft shall be placed on supervised release for _____ month(s) ____years(s) on Count(s) ________

☐ Upon release the dft shall be placed on supervised release for _____ month(s) ____years(s) on Count(s) ________

☐ Defendant sentenced to probation for a term of ______ month(s) _________ years(s)

☐ Defendant shall pay a fine of $____________ on Count(s) _____________ to be paid by ________ in installments of __________ per ____________for a total of $______________

☐ Special Assessment of ☐ $25 ☐ $50 ☐ $100 is imposed as to ☐ each of Count(s) _________for a total of $____________ to be paid immediately

☐ Defendant shall pay restitution in the amount of ______________ ☐ payable at the rate of $__________ per month

☐ payable to _______________________________________________

☐ Proposed restitution order to be filed 90 days from today

☐ Govt's motion for order of forfeiture ☐ filed ☐ granted ☐ denied ☐ to be filed

☐ Govt's ☐ oral motion to dismiss remaining count(s) ☐ filed ☐ granted ☐ denied ☐ to be filed

☐ Govt's ☐ oral motion for acceptance of responsibility ☐ filed ☐ granted ☐ denied

☐ Motion for ______________________________ ☐ filed by ______ ☐ granted ☐ denied ☐ taken under advisement

☐ Motion for ______________________________ ☐ filed by ______ ☐ granted ☐ denied ☐ taken under advisement

**CONDITIONS OF ☐ SUPERVISED RELEASE ☐ PROBATION**

☐ Mandatory conditions number(s): ____________________________

☐ Standard Conditions

☐ Special conditions are imposed as stated on the record and in the judgment

☐ Other: